


U.S. Department of Justice

United States Attorney
Southern District of New York

The Jacob K. Javits Federal Building
26 Federal Plaza
New York, New York 10278

September 24, 2025

**BY EMAIL**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti, U.S.D.J.
Dated: 9/25/25
White Plains, NY

Re:   U.S. v. Christopher Louis, 25 Cr. 431 (VB) (U.S. v. John Doe, 23 Mag. 6807)

Dear Judge Briccetti:

The Government respectfully requests that the filings in the above-captioned case be unsealed. The Government also requests that the true caption of the case—United States v. Christopher Louis—be restored to the docket sheet. The defendant was charged by complaint on or about October 16, 2023 and the case was filed under seal in case 23 Mag. 6807. On or about September 24, 2025, the defendant plead guilty pursuant to an Information and the case was assigned 25 Cr. 431. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:   /s/
      Kathryn Wheelock
      Assistant United States Attorney
      (212) 637-2415

**CC (Email)**
Jennifer Brown, Esq.