UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

CHRISTOPHER LOUIS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

25 Cr. 431 ( VB )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/26

WHEREAS, on or about September 24, 2025, CHRISTOPHER LOUIS (the "Defendant"), was charged in a two-count Information, 25 Cr. 431 (VB) (the "Information"), with possession or receipt of stolen vehicle, in violation of Title 18, United States Code, Section 2313 and 2 (Count One); and conspiracy to commit fraud and related activity in connection with identification documents, in violation of Title 18, United States Code, Section 1028(f) (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(5), any and all property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, from the commission of the offense including but not limited to a sum of money in United States currency representing the gross proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Information further included a forfeiture allegation as to Count Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1028(b), any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offense and any and all personal property used or intended to be used to commit the offense, including but not limited to a sum of money in

United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Information;

WHEREAS, on or about September 24, 2025, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B) and 1028(b), *inter alia*, a sum of money equal to $606,096.95 in United States currency, representing proceeds traceable to the commission of the offense charged in Count Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $606,096.95 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Kathryn Wheelock, of counsel, and the Defendant and his counsel, Jennifer Brown, Esq., that:

1.     As a result of the offense charged in Count Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $606,096.95 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense

charged in Count Two of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant CHRISTOPHER LOUIS , and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York


By: _____          4-2-26
    KATHRYN WHEELOCK                          DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2415



CHRISTOPHER LOUIS

By: _____          04/02/26
    CHRISTOPHER LOUIS                        DATE


By: _____          4/2/26
    JENNIFER BROWN, ESQ.                     DATE
    Attorney for Defendant
    52 Duane Street, 10th Floor
    New York, NY 10007


SO ORDERED:

_____              4/2/2026
HONORABLE VINCENT L. BRICCETTI              DATE
UNITED STATES DISTRICT JUDGE