UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA           :

v.                                 :

CHRISTOPHER LOUIS,                 :
                Defendant.          :
-----------------------------------------------------x

**ORDER**

25 CR 431 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

In the Judgment entered on April 2, 2026 (Doc. #97), the Court deferred the

determination of restitution until May 4, 2026.  By letter dated May 4, 2026, the government

submitted a proposed order of restitution, but stated that it has not yet heard back from defense

counsel as to whether defendant consents to the proposed order of restitution.  By no later than

May 8, 2026, defense counsel shall inform the Court by letter whether defendant consents to the

proposed order of restitution.  If defendant does not consent, defense counsel's letter shall

explain why that is the case and what needs to be done to resolve any dispute.

Dated: May 5, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge