UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA       :

                               :     **ORDER**

v.                           :

                               :     25 CR 431 (VB)

CHRISTOPHER LOUIS,         :
               Defendant.     :
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/28/26_

On May 6, 2026, the Court issued an order of restitution, which had been proposed by the government and to which the defendant consented. The total amount of restitution set forth in that order was $87,734.65. (Doc. #106). Attached as Exhibit A to the order was a Schedule of Victims, which was filed under seal.

On May 7, 2026, the Court entered an Amended Judgment, including the restitution amount of $87,734.65, the same amount set forth in the order of restitution. (Doc. #108).

The Clerk's office has advised the Court that when the restitution amounts for the various victims listed in the sealed Schedule of Victims are added together, the total amount is $88,528.61, which is $793.96 more than the amount reflected in the Amended Judgment.

Fed. R. Crim. P. 36 allows a court to correct a clerical error in a judgment. Accordingly, by June 5, 2026, the government and defense counsel shall confer and advise the Court by joint letter whether the Court should issue a second amended judgment to include the $88,528.61 restitution amount, consistent with the sum of the amounts listed in the Schedule of Victims. If either or both of the parties believe that Rule 36 does not apply or that the Court should proceed in some other fashion, they shall so advise the Court in the joint letter.

Dated: May 29, 2026
      White Plains, NY

                         SO ORDERED:

                         _____
                         Vincent L. Briccetti
                         United States District Judge