UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA               :
                                       :        **ORDER**
v.                                     :
                                       :        25 CR 431 (VB)
CHRISTOPHER LOUIS,                     :
                       Defendant.      :
-------------------------------------------------------x

By motion dated June 29, 2026, and filed on June 30, 2026 (Doc. #117) (an unredacted version of which has been submitted under seal), defendant Louis seeks an order releasing him on his existing bail conditions pending appeal of his sentence.  Alternatively, defendant seeks a temporary stay of his July 2, 2026, surrender date.

The Court DEFERS RULING on the request for bail pending appeal.  By July 7, 2026, the government shall file a response to defendant's motion.  No reply will be permitted absent prior permission from the Court.

The alternative request for a temporary stay of defendant's surrender date is GRANTED, so as to ensure that the government and the Court have sufficient time to consider defendant's motion for bail pending appeal.

Accordingly, defendant Christopher Louis shall surrender for service of his sentence at the institution designated by the Bureau of Prisons **before 2:00 p.m. on July 30, 2026**, absent further order of this Court.

Defense counsel shall be responsible for notifying the Probation Department and any other appropriate party of this order.

Dated: July 1, 2026
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge